Howard M. Wexler
Kristin L. Witherell
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500

*Attorneys for Defendant The Elevance Health Companies, Inc., incorrectly named as "The Elevance Health Companies, Inc. f/k/a  The Anthem Companies, Inc."*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| NICA REYNOLDS-HUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>THE ELEVANCE HEALTH COMPANIES, INC.<br>f/k/a THE ANTHEM COMPANIES, INC.; JOHN<br>DOES 1-5 AND 6-10,<br><br>Defendants. | Civ. No. 3:26-cv-00177-GC-JTQ<br><br><br>**<u>NOTICE OF APPEARANCE</u>** |

**PLEASE TAKE NOTICE** that Kristin L. Witherell, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Defendant The Elevance Health Companies, Inc. (incorrectly named in the Complaint as "The Elevance Health Companies, Inc. f/k/a The Anthem Companies, Inc."). I certify that I am admitted to practice in this Court.

325214186v.1

DATED:  June 5, 2026

By: */s/ Kristin L. Witherell*

Howard M. Wexler
Kristin L. Witherell
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone:    (212) 218-5500
Facsimile:     (212) 218-5526
hwexler@seyfarth.com
kwitherell@seyfarth.com

*Attorneys for Defendant The Elevance Health Companies, Inc., incorrectly named as "The Elevance Health Companies, Inc. f/k/a  The Anthem Companies, Inc."*

2

325214186v.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I presented the foregoing NOTICE OF

APPEARANCE with the Clerk of the Court for filing and uploading to the CM/ECF system,

which will send notification of such filing to all counsel of record.

/s/ *Kristin L. Witherell*
Kristin L. Witherell

325214186v.1